# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DOCTOR'S CHOICE PHYSICAL MEDICINE & REHABILITATION CENTER, P.C., (LASELVA),<br><br>Respondent<br><br>v.<br><br>TRAVELERS PERSONAL INSURANCE COMPANY,<br><br>Petitioner | : No. 512 MAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner are:

(1)     Whether the Superior Court improperly interpreted § 1797 of the MVFRL, the Supreme Court case of Herd Chiropractic v. State Farm, and its own case of Levine v. Travelers, to allow attorneys' fees even when an insurer has utilized the peer review process?

(2)     Whether the Superior Court improperly interpreted and misapplied § 1797(b)(4) by holding that the insurer must oversee the statutory compliance of peer review organizations with 31 Pa.Code § 69.53(e)?